# XUE & ASSOCIATES, P.C.
1 SCHOOL STREET, SUITE 303A
GLEN COVE, NY 11542
PHONE: (516) 595-8887
FACSIMILE: (212) 219-2276

BENJAMIN B. XUE                                                                                                          MICHAEL S. ROMERO
MEMBER OF NY & NJ BARS                                                                                                MEMBER OF NY BAR

March 9, 2020

Via ECF
Honorable Judge Paul A. Crotty, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> 4-23-2020
> The withdrawal is granted. SO ORDERED.
>
> /s/ Paul A. Crotty

      Re:    **Letter Motion to Withdraw as Counsel**
                **USA v. Zhen et al.**
                **Case No.: 1:20-cr-00056-PAC**

Dear Judge Crotty:

      This firm represents Defendant Dacheng Zhen ("Defendant") in the above-referenced matter. The undersigned writes to you to respectfully request to withdraw as counsel for Defendant.

      Defendant has retained Barry Zone, Esq. of Moses & Singer LLP to represent his interests going forward. A Notice of Appearance by Barry Zone, Esq on behalf of Defendant has been filed (Dkt. No. 18). No party will be prejudiced if this motion is granted.

      Thank you for your time and consideration in this matter.

                                                    Respectfully submitted,

                                                   /s/ Benjamin B. Xue
                                                   Benjamin B. Xue