**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2020

> 7-17-2020
> Time is excluded until the next pretrial conference scheduled for July 22, 2020.
> SO ORDERED.
>
> */s/ Paul A. Crotty*

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Dacheng Zhen, et al.*, 20 Cr. 56 (PAC)

Dear Judge Crotty:

In light of the minor adjournment of the next pretrial conference from July 17, 2020 at 11:00 a.m. until July 22, 2020 at 10:30 a.m. to allow defendants Guzman and Hernandez to participate over the telephone, the Government respectfully requests that the Court exclude time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. Such an exclusion of time will serve the interests of justice, as it will allow the defendants an opportunity to continue reviewing discovery, to contemplate any pretrial motions, and for the parties to discuss any pretrial resolutions. The Government understands that defense counsel for each defendant consents to this request for the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: */s/ Aline R. Flodr*
Aline R. Flodr
Stephanie Lake
Sheb Swett
Assistant United States Attorneys
(212) 637-1110/1066/6522

cc: All counsel (by ECF)