

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2021

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, New York, New York 10007

3/16/2021
The proposed schedule is adopted. SO ORDERED.

*Paul A. Crotty*

Re:   *United States v. Dacheng Zhen, et al.*, 20 Cr. 56 (PAC)

Dear Judge Crotty:

The Government writes to request that the Court enter a pre-trial scheduling order for remaining pretrial motions, motions in limine, expert notices, requests to charge, and voir dire, in advance of the trial scheduled to begin on April 20, 2021. The Government proposes the following dates:

| | |
|---|---|
| Edward Hernandez Pretrial Motions Due: | March 26, 2021 |
| Expert Notices Due: | March 26, 2021 |
| Government's Response to Mr. Hernandez's Pretrial Motions: | April 2, 2021 |
| Motions in Limine Due: | April 2, 2021 |
| Voir Dire Due: | April 2, 2021 |
| Requests to Charge Due: | April 2, 2021 |
| Responses to Motions in Limine Due: | April 9, 2021 |

The Government has conferred with defense counsel, and defense counsel do not consent to the Government's proposals, and have not counter-proposed different deadlines.[1]

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Aline R. Flodr*
Aline R. Flodr/Stephanie Lake/Sheb Swett
Assistant United States Attorneys
(212) 637-1110/1066/6522

cc: All counsel (by ECF)

---

[1] Defense counsel for Edward Hernandez consents in part to the proposed schedule in that he consents to the due date for his pretrial motions and the Government's response thereto.