

**MOSES SINGER**

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

July 12, 2023

**FILED VIA ECF**

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Dacheng Zhen**
**1:20 Cr. 00056 (PAC)**

Dear Judge Crotty:

On behalf of my client, Dacheng Zhen, I would respectfully request that sentencing, which is presently scheduled for July 19th, 2023 be adjourned to a date and time between the end of September, and the beginning of October 2023, convenient for the Court. The Government consents to this application.

I make this request because I require additional time due to significant personal health issues.

Accordingly, I would respectfully request that the Court adjourn sentencing as requested.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone

cc: AUSA Aline Flodr

7/13/2023
The Court will grant one further adjournment of the sentencing to September 26, 2023 at 3:30PM. SO ORDERED.

Paul A. Crotty