

# MOSES SINGER

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

September 21, 2023

**BY ECF**

The Honorable Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Dacheng Zhen
     1:20 Cr. 00056 (PAC)

9/21/2023
This will be the final adjournment to November 15, 2023 @12:15PM.
So ordered
Paul Crotty
USDJ

Dear Judge Crotty:

On behalf of my client, Dacheng Zhen, I respectfully request that sentencing, which is presently scheduled for September 26th, 2023, be adjourned to a date and time in early- to mid-November 2023. The Government by AUSA Flodr takes no position.

I make this request because I need additional time to prepare with Mr. Zhen for his sentencing hearing. Unfortunately, I have been addressing serious health issues, which have improved within the very recent past, however throughout the past three months I have been unable to meet with my client, who speaks only Mandarin. I do not anticipate any further adjournments.

The Court's consideration is greatly appreciated.

Respectfully submitted,

Barry S. Zone

cc: AUSA Aline Flodr (By ECF)